Marcelo Larios FERNANDEZ
FULL NAME

METROPOLITAN Correctional center
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION

808 UNION St, San Diego, Ca, 92101
87515-298
PRISON NUMBER (if applicable)

FILED

Jul 06 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ JenniferS        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marcelo Larios Fernandez

PLAINTIFF,

v.

MCC Metropolitan Correctional Center

DEFENDANT(S).

CASE NUMBER

**'20CV1265 GPC AHG**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983

☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A.  PREVIOUS LAWSUITS

1.   Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2.   If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes    ☒ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

If your answer is no, explain why not Becouse the institution Denie me take Grievance to complaint. But I complaint on the computer, with the officer But Not Body

3.  Is the grievance procedure completed?  ☐ Yes    ☒ No

If your answer is no, explain why not the institution Denie me Give me Grievance To complaint and the Give me the Name's to the C/os officer's that Hit me

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff Marcelo Lavios Fernandez
(print plaintiff's name)

who presently resides at MCC, Metropolitan Correctional Center ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

MCC. Metropolitan Correctional Center / san Diego
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

on (date or dates) __10-14 - 19__ , __10-15 - 19__ , _____ .
<span style="display:inline-block">(Claim I)</span> <span style="display:inline-block">(Claim II)</span> <span style="display:inline-block">(Claim III)</span>

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant _____ resides or works at
<span>(full name of first defendant)</span>

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

ABuSe of Power and Very AGressive tHe C/os officer's Hit me witH No Reason and the institution Denie me Give me tHe NAme's of tHe officer's

2.   Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3.   Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

---

**CIVIL RIGHTS COMPLAINT**

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D. CLAIMS***

## CLAIM I

The following civil right has been violated:

- ABuse of Power from the officer's c/os.
- The officer's Hit me AcoPPle times for no Reason.
- the institution mcc Put false RePort's that Day when the officer's Hit me.
- the officer's cutt my Left eye oPen and the Blood come out.
- Also they Drag me and my Hand's cuff were on my Hand's, Hand's were cut to the flesH.
- the Mcc institution Denied me, Give me the Name's to the c/os officer's

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

October 14-2019 AROUND 9:00 am To 11:00 am, I was Going to Count when the officer i Don't Remember His Name, He started to Scream at me for no Reason and the Hand cuff me Because I had trouble taking off my uniform and they Got So uP set that they Put me in a little Room.
When I Ask to the c/o officer if he can Lossen the Hand cuff's AcoPle's c/os officer's 4 or 5 officer's come in to the room and started to Hit me all over my BoDy for no Reason, Check the Medical Photo's and Video's of that Day, the officer Castro take the insident or RePort that Day, they send me to the HosPital Paradise Valley for more than 2 weeks

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Becouse Im scaved for my safety

6-23-2020

*(Date)*

Larios Marcelo

*(Signature of Plaintiff)*

I ASK TO THE CASE MANAGER C. CASTILLO on the team if HE CAN SING THE OTHER'S COPY'S OR if HE CAN DO 3 COPY'S But HE REFUSE MY REQUEST.

I HAVE MORE then 10 MONTH's in Jail, I DON'T HAVE ENY MONEY OR Property's, MY family HelPs Me with A Little Money every MONTH's.

Marcelo, Sarte, Fernandez
87515298, Regester Number
Metropolitan, correctional, center
808 Union St
San Diego, CA 92101

SAN DIEGO CA 920

29 JUN 2020 PM 5 L

CLERK US DISTRICT COURT

JUL 0 1 2020

SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Supreme Court

⇔35447-298⇔
Liliana Glez
221 W Broadway
SAN Diego, CA 92101
United States

92101-857299

INMATE CORRESPONDENCE
1 UNIT