Marcelo Larios Fernandez
(Name)
808 Union Street
(Address)
San Diego CA, 92101
(City, State, Zip)
87515-298
(CDCR / Booking / BOP No.)



FILED

Jul 17 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ JenniferS          DEPUTY

# United States District Court
## Southern District of California

Marcelo Larios Fernandez
(Enter full name of plaintiff in this action.)

)
)
)
)
)          Plaintiff,          )
)
)
)     v.                         )
metropolitan Correctional Center
_____ ,     )
_____ ,     )
_____ ,     )
_____ ,     )
(Enter full name of each defendant in this action.)     )
                    Defendant(s).     )
_____ )

Civil Case No. 3:20-cv-01265-GPC-AHG
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
Abuse of Power from the officers that Hit me.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Marcelo Larios Fernandez
(print Plaintiff's name)
_____, who presently resides at 808 Union St; San Diego, CA 92101
(mailing address or place of confinement)
Metropolitan correctional Center , were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Metropolitan
Correctinal center          on (dates) 10-15-2019 , and 10-14-2019
(institution/place where violation occurred)          (Count 1)          (Count 2)          (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ~~████████████~~ resides in San Diego _____,
          (name)                      (County of residence)

and is employed as a _____. This defendant is sued in
                     (defendant's position/title (if any))

his/her □ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: the institution Refuce to Give me there name's from the 5 or 4 officer's that attack me and Hit me that Day.

Defendant _____ resides in _____,
          (name)                      (County of residence)

and is employed as a _____. This defendant is sued in
                     (defendant's position/title (if any))

his/her □ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____

Defendant _____ resides in _____,
          (name)                      (County of residence)

and is employed as a _____. This defendant is sued in
                     (defendant's position/title (if any))

his/her □ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____

Defendant _____ resides in _____,
          (name)                      (County of residence)

and is employed as a _____. This defendant is sued in
                     (defendant's position/title (if any))

his/her □ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____

§ 1983 SD Form
(Rev. 8/15)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Abuse of Power,
(E.g., right to medical care, access to courts,
freedom from cruel and unusual Punishment,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On october 15-2019 I was Going to court in the morning at 9:00 AM or 12:00 Pm when the officer I Don't remember is name, But he started to Scream at me becouse I had some trouble taking of my unoform to Go see the Court. So He Handcuff me and Put me in a small Room and i wass there for some time, When I told the officer that my Hand's cuff were to tight and if He can take them off, they Come in side the Small Room and Started to Hit me all over. the officer's Hurt me Pretty Bad they cutt open my Left eye and the Blood started to come out also they Drag me and my Hand's were Hand's cuff So my hand's were also cutt to the Flesh and Blood also come out. they Beat me uP on my Back, Arms, Legs, also my Head, It wass abuse of Power, for no reason at all. cHeck the Photos in the medical Room also the Pictures they toke of me, cHeck the cameras the Video's. they also lied that I feel they also Seand me to Paradise valley HosPital on 10-15-2019 And I was there for more than two weeks. I have Brain Dameage so Bad afte the Beating my Back is in so mucH Pain also my arm's they Haert so Bad. After 9 montH's im still in a lot of Pain.

<u>Count 2</u>:  The following civil right has been violated: the institution Denie to

(E.g., right to medical care, access to courts,

give me the officer's name's, that Hit me.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

§ 1983 SD Form
(Rev. 8/15)

4

<u>Count 3</u>:  The following civil right has been violated: the institution lied
<span>(E.g., right to medical care, access to courts,</span>
about the Report that they Hit me Illegaly action.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

§ 1983 SD Form
(Rev. 8/15)                                                    5

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  □ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised: _____

_____

_____

_____

_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  □ Yes  ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

_____

_____

_____

_____

_____

_____

_____

_____.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

___Becouse_____

Im Scared for my Safety._____

_____.

2. Damages in the sum of $ 420,000____.

3. Punitive damages in the sum of $ 420,000____.

4. Other: My Back, Head, Arms, legs, and face,____

I can't move right no more._____.

**F. Demand for Jury Trial**

Plaintiff demands a trial by □ Jury ☑ Court. (Choose one.)

N/A

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

7-6-2020_____
Date

_Lavix Marcelee_____
Signature of Plaintiff

DEAR JUDGE: GONZALO P. CURIEL

AFTER THE OFFICER HIT ME I HAVE LOT PROBLEM'S WITH BRAIN NERVOUS SYSTEM I FEEL SO BAD I CAN'T SLEEP AND I CANT WALK GOOD NO1 MORE AND I CAN'T SEE GOOD NO MORE FROM MY LEFT EYE I HAVE BAD PAIN IN MY HEAD I HAVE 2 BOLL'S ON MY BACK I THINK IS TUMORE I THINK I CAN'T NOT WORK NO MORE BECOUSE IM IN PAIN ALL THE TIME AND THE INSTITUTION OFFICER'S LIE OF WHAT HAPPEN

MARCELO LARIOS FERNANDO 3## 87515 298

METROPOLITAN

808 UNION ST

SAN DIEGO, CA 92101

FOREVER / USA   FOREVER / USA   FOREVER / USA

SUPREME COURT

⇔87515-298⇔
JUDGE: Gonzalo P Curiel
333 W Broadway
Suite420
SAN Diego, CA 92101
United States

