Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

**NOV 2 6 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## for the

Southern District of California

Civil Division

Marcelo Larios Fernandez

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Metropolitan correctional Center; C/O SanDoval, Doe's 1-4

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. 3:20-cv-01265-GPC-AHG

*(to be filled in by the Clerk's Office)*

3RD Amended

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *Marcelo Larios Fernandez*

All other names by which you have been known:

ID Number: *87515298*

Current Institution: *PO Box 439049*

Address:

*San Diego*        *CA*        *92101*
City                    State            Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: *c/o Mr Sondoval*

Job or Title *(if known)*: *Correctional officer*

Shield Number: *808 union st*

Employer: *Federal Bureau of Prisons*

Address: *808 Union  Metropolitan Correctional Center*

*San Diego*        *CA*        *92101*
City                    State            Zip Code

☑ Individual capacity        ☐ Official capacity

Defendant No. 2

Name: *John Does 1-4*

Job or Title *(if known)*:

Shield Number: *Correctional officer's*

Employer: *Federal Bureau of Prisons (MCC)*

Address: *808 Union Street*

*San Diego*        *CA*        *92101*
City                    State            Zip Code

☒ Individual capacity        ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8TH Ammendment / 14th Ammendment / 5th Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

5TH /14TH /8TH US INSTITUTIONAL AMENDMENTS

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

C/O SANDOVAL & DOES 1-4 ACTED UNDER COLOR OF AUTHORITY
AS CORRECTIONAL OFFICERS FOR F.B.O.P.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

2ND FLOOR AT MCC

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

OCT 15, 2019 AT 7:30 AM

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE C/O'S ACTING UNDER COLOR OF AUTHORITY WHILE BEING STRIP SEARCHED PRIOR TO COURT, HANDCUFFED AND PUNCHED AND KICKED ME WHILE BEING RESTRAINED.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS TAKEN TO PARADISE VALLEY HOSPITAL AFTER BEING TAKEN TO 3RD FLOOR AT MCC PICTURES WERE TAKEN OF MY INJURIES BY C/O CASTRO.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DUE TO THE TRAUMA I ENDURED AND PAIN AND SUFFERING, AND PAIN I STILL SUFFER FROM I DEMAND 1,000,000. FOR DAMAGES AND 1,000,000 FOR PUNITIVE DAMAGES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MCC SAN DIEGO

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

MCC SAN DIEGO

2.     What did you claim in your grievance?

THE SAME FACTS AS INCORPORATED IN THIS COMPLAINT

3.     What was the result, if any?

THEY IGNORED IT.

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

YES IT'S COMPLETE TO NO AVAIL.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

WARDEN MR. WILLIAMS
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

IVE BEEN GIVEN THE "RUN AROUND"
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   SINE THIS IS 3RD AMENDED COMPLAINT

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

3:20-CV-01265-GPC-AHG

4.   Name of Judge assigned to your case

JUDGE CURIEL

5.   Approximate date of filing lawsuit

9.14.2020

6.   Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

ONGOING

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11.21.21

| | |
|---|---|
| Signature of Plaintiff | _Larios M_ |
| Printed Name of Plaintiff | MARCELO LARIOS FERNANDEZ |
| Prison Identification # | 87515-298 |
| Prison Address | PO BOX 439049 |
| | SAN DIEGO        CA      92101 |
| | *City*        *State*      *Zip Code* |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | *City*        *State*      *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

UNITED STATES DiSTrict Court
for THE
SouTH District of California
Civil Division

|ARCELO LARIOS Fernandez
          Plaintiff(s)

          -V-

etroPolitan correctinal center
2 SanDoval, John Does 1-4
     Defendant(s)

CASE NO: 3:20-cv-01265-GPC-AHG

ıe day of the incident in question was 10.15.2019 which
ɔincides with a scheduled court date requiring my appearance.
ʳound 7:30 a.m. on that day (10.15.19) I found myself in the care
ʳnd custody of the 4 unnamed officers & C.O. Sandoval awaiting
be searched and subsequientely transported to my awaiting count
ɔpearance. All officers in question in this complaint where in full
ʳiform and acting under the color of authority throughout this
ʳtire incident. This occured at, 808 Union st, San Diego, CA 92101-
ɔC Federal Prison.

ʳile being searched by an unnamed officer on the 2ʳᵈ Floor of
ıc Federal Prison, I was requested by said officer to remove
ɣ Jumpsuite and other clothing per normal searching guidlines. while
ttempting to accomodate the officers requests, I let the officer
ıow that I was having trouble removing my jumpsuite. The
ʳficer responded with shouting & verbal abuses because of his
ınoyance with my inability to complete his requests, in what he
ought was a timely manner. Because of this he proceeded to
ıll C.O. Sandoval for assistance in completing the search
f my person. When C.O. Sandoval arrived, he then
ʳemoved me from the usual search room and

...located... ...seemed to be... ...laundry room C.O. Sandoval forcefully assisted in the removal of my clothes and searching of my person. After the search was completed, I was re-handcuffed and moved to a different room where I was made to wait for approximately one and a half hours until 4 unnamed officers and C.O. Sandoval returned.

Upon their return I informed them that the handcuffs where to tight and requested that they be adjusted. After this request C.O. Sandoval & the 4 unnamed officers proceeded to throw me to the floor, kick me in my body & face, punch me in the head, and generally beat me & abuse me while all under the color of authority. During this beating I recieved injuries to my left eye brow, a concussion, and cuts & bruises on both wrists where I was bound.

After the afformentioned beating, I was moved to the 3rd floor, from where the incident accured on the 2nd floor. While on the 3rd floor I was seen by C.O. Castro who proceeded to make an incident report, take pictures, and take C.O. Sandovals statement. Afterwards I was taken to my scheduled court date.

The next morning I was transported to Paradice Valley hospital @ around 4:30 a.m., from MCC prison. I was a patient, due to my injuries that occured from C.O. Sandoval and the 4 unnamed officers, for a period of 13 days. I so missed my following court date due to my hospitilization and rehabilitation.

1-22-21

Respectfully submitted,

*Jarios M*

Marcelo Larios Fernandez

TRULINCS 87515298 - LARIOS-FERANDNEZ, MARCELO - Unit: SDC-I-A

------------------------------------------------------------------------------------------------

FROM: 87515298
TO: AW Programs
SUBJECT: ***Request to Staff*** LARIOS-FERANDNEZ, MARCELO, Reg# 87515298, SDC-I-A
DATE: 04/02/2021 06:06:26 PM

To: Warden Mr. Williams
Inmate Work Assignment: NA

Mr. Fernandez has made several requests to Metropolitan Correctional Center, but his request have been ignored by Warden Williams since October 15th, 2019. According to the record from the District Court, has stated several times to plaintiff to provide the names of the officers and surveillance videos from October 15th, 2019. In order to submit the second amended. So, now Mr. Fernandez is making his final request for the videos and officers name, to be released to complete the second amended process. Mr. Fernandez needs to meet court deadline on May 10th, 2021. Pursuant to the Prison Litigation Reform Act 1995 prisoners must complete the prison's administrative process in order to exhaust the available administrative remedies. According to Federal Rule of civil procedure 12 (b).

Marcelo Larios Fernandez
#87515-298
Otay Mesa Detention Center
Po. Box 439049.
San Diego, CA 92143-9049



SAN DIEGO PDDC 92199
TUE 23 NOV 2021

RECEIVED
NOV 26 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES District court
Southern District of california

office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101

official Business